No. 83–1830.   LEWIS v. HILLSBOROUGH TRANSIT AUTHORITY.
C. A. 11th Cir.   Certiorari denied.

No. 83–1831.   HOUSEAL ET AL. v. TENNESSEE.   Ct. Crim.
App. Tenn.   Certiorari denied.

No. 83–1832.   ALEXANDER v. LOS ANGELES COUNTY ET AL.
C. A. 9th Cir.   Certiorari denied.

No. 83–1833.   SIMMONS v. UNITED STATES ET AL.   C. A. 2d
Cir.   Certiorari denied.

No. 83–1834.   ROBERTSON v. FLORIDA BOARD OF BAR EXAM-
INERS.   Sup. Ct. Fla.   Certiorari denied.

No. 83–1840.   BERTHELOT v. UNITED STATES; and
No. 83–1841.   CHERRY v. UNITED STATES.   C. A. 3d Cir.
Certiorari denied.   Reported below: No. 83–1840, 729 F. 2d 1449;
No. 83–1841, 729 F. 2d 1446.

No. 83–1844.   DOWNING v. OAKLAND RAIDERS, LTD., ET AL.
C. A. 9th Cir.   Certiorari denied.

No. 83–1846.   LIFE SCIENCE CHURCH ET AL. v. NEW YORK.
App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 83–1847.   RICHARD I, INC., DBA RICHARD I SCHOOL OF
BEAUTY CULTURE, ET AL. v. AMBACH, COMMISSIONER OF EDU-
CATION OF NEW YORK, ET AL.   Ct. App. N. Y.   Certiorari
denied.

No. 83–1848.   ELKIN ET AL. v. UNITED STATES.   C. A. 2d Cir.
Certiorari denied.

No. 83–1849.   HODGES v. ATCHISON, TOPEKA & SANTA FE
RAILWAY CO.   C. A. 10th Cir.   Certiorari denied.

No. 83–1850.   BUGHER ET AL. v. FEIGHTNER, DBA FEIGHTNER
EXCAVATING CO.   C. A. 7th Cir.   Certiorari denied.